AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MARK A. STEVENS,

     Plaintiff,         JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:08-CV-00524-RCJ-VPC**

JAMES BACA, et al.,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss (#18) is **GRANTED**.

September 15, 2010             **LANCE S. WILSON**
                                                              Clerk

                                                                     /s/ D. R. Morgan
                                                                       Deputy Clerk